IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JONATHAN R. WILSON,

    Plaintiff,

v.                                                               Civil Action No. **3:24CV456**

LEONARD McCALL,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on June 17, 2024, the Court ordered Plaintiff to file a complaint that complied with Federal Rule of Civil Procedure 8(a). (ECF No. 2.) On July 10, 2024, the United States Postal Service returned the June 17, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff has apparently relocated. (ECF No. 3.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 25 Jul 2024
Richmond, Virginia